**In the Interest of A.W. and A.W., Minor Children.**

No. 05–11–01523–CV.

Court of Appeals of Texas, Dallas.

Dec. 14, 2011.

Paul D. Williams, Tennessee Colony, for Appellant.

Shaunna Williams, Cedar Hill, for Appellee.

Justices BRIDGES, O'NEILL, and FILLMORE.

**OPINION**

Opinion By Justice O'NEILL.

By letter dated November 9, 2011, the Court notified appellant that the $175.00 filing fee was due and instructed him to pay the fee within ten days. We warned appellant that failure to pay the filing fee would result in dismissal of the appeal. Nevertheless, to date, appellant has not paid the filing fee, nor otherwise communicated with the Court regarding the appeal. Accordingly, we dismiss the appeal. *See* Tex.R.App. P. 42.3(b), (c).